UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERONICA V.O.,[1]

     Petitioner,

    v.

KRISTI NOEM, *et al.*,

     Respondents.

No. 1:25-cv-1796-TLN-JDP

**ORDER**

Petitioner, an immigration detainee, has filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 28, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 20.)  Neither party filed objections to the findings and recommendations and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 28, 2026 (ECF No. 20) are ADOPTED in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. The preliminary injunctive relief previously granted (ECF No. 14) is permanent;

4. Respondents' motion to dismiss (ECF No. 18) is DENIED; and

5. The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: May 13, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE